

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/20

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Hallil Tabar, et al.*, S5 17 Cr. 618 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter to provide the Court with an update on Hallil Tabar's medical treatment. Since the Government's last letter to the Court on January 22, 2020, the Government has received the following information from the Supervisory Attorney at the MCC: (1) Tabar was taken to a hospital within the last week where he received an MRI—when the results from the MRI become available, they will be discussed with Tabar; (2) Tabar has been scheduled for a neurosurgery appointment, which is supposed to take place within several weeks;[1] (3) the doctor at the MCC attempted to speak with Tabar earlier this week, but Tabar became upset during the appointment and had to be sent back to his unit; and (4) Tabar is supposed to begin receiving a prescription drug for his nerve pain today. The Supervisory Attorney is aware of Tabar's medical situation, and is in the process of obtaining his medical file, so that she can review the medical treatment he has been receiving. [The Government will continue to monitor the situation and requests permission to provide an update to the Court by Friday February 21, 2020.] This will hopefully be a sufficient amount of time for Tabar to: begin receiving his pain medication; receive the results of his MRI; and to have a follow up neurosurgery appointment. This will also allow the Supervisory Attorney sufficient time to obtain and review Tabar's medical file.

Respectfully submitted,

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
1-31-20

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: ___/s/_____
Nicholas Folly / Catherine Ghosh
Assistant United States Attorneys
(212) 637-1060/1114

cc: Lee Ginsberg, Esq. (via ECF)
Nicole McFarland, Supervisory Attorney at MCC (Email)

---

[1] For security reasons, the MCC does not disclose to inmates the exact date of their outside medical appointments.