# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

**APPLICATION GRANTED**

Hon. Ronnie Abrams
United States District Court
Dated: 3-6-20

March 6, 2020

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

### Re: <u>United States v. Hallil Tabar</u>
### 17 CR 618 (RA)

Dear Judge Abrams:

My client, Hallil Tabar, was recently released on bail by the court with certain conditions. I did not request that he be permitted to attend religious services on notice to Pre-Trial Services. Both Pre-Trial Services and the government have no objection to granting him permission to attend religious services and making it part of the current bail conditions.

Therefore, I respectfully request that Your Honor amend the bail conditions to include travel to and from and attendance at religious services.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: Katherine Ghosh, Esq. (By ECF)
Mohammed_Ahmed@nyspt.uscourts.gov (By email)

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/20
```

1

MEMO ENDORSED