UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— v. —

HALLIL TABAR,
ASMIN HERNANDEZ,
JOHN MUNOZ-GARCIA,
JAIRO CIENFUEGOS,
WILLIAM BAEZ,
HENRY RODRIGUEZ,
DANNY HANNAH, JR.,
KEVIN UMEJEI,
STARLY HERNANDEZ,
ESTEBAN AYALA, and
FRANCIS TABAR-CEPEDA,

          Defendants.

**UNSEALING ORDER**

S4 17 Cr. 618 (RA)

---

Upon application of the United States of America, by and through Assistant United States Attorneys Catherine Ghosh and Nicholas Folly, it is hereby ORDERED that Indictment S4 17 Cr. 618 (RA), which was filed under seal on December 19, 2017, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
      June 28, 2021

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK