# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER*<br>LEE A. GINSBERG | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038 |
| NADJIA LIMANI<br>OF COUNSEL | (212) 608-0808<br>TELECOPIER (212) 962-9696 |
| CHARLENE RAMOS<br>OFFICE MANAGER | |

July 14, 2021

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

*/s/ Ronnie Abrams*

Ronnie Abrams, U.S.D.J.
July 14, 2021

**Re: United States v. Hallil Tabar**
       **17 CR 618 (RA)**

Dear Judge Abrams:

     With the consent of the government and PTS we respectfully request that Your Honor modify the bail conditions of Mr. Tabar. Mr. Tabar is currently on home confinement with electronic monitoring. We request that those conditions be removed and that he be placed on regular PTS reporting requirement pursuant to whatever schedule is set by his pre-trial officer.

     Respectfully,

     /S/ Lee Ginsberg
     Lee Ginsberg

cc: All counsel (BY ECF)