UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

    - V-
                                                       **ORDER**
Halil Tabar,                                       **17 CR 618 (RA)**

          Defendant.

---------------------------------------------------------X

On the application of LEE GINSBERG, as counsel for defendant Halil Tabar,

IT IS HEREBY ORDERED that, the SOUTHERN DISTRICT PRETRIAL SERVICES OFFICE is directed to return defendant Halil Tabars' passport.

DATED: New York, New York
      October  22, 2021

                                                _____
                                                HON. RONNIE ABRAMS