# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

December 1, 2021

Honorable Ronnie Abrams
United States District Judge
U.S. Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
December 2, 2021

**Re: United States v. Hallil Tabar**
**17 CR 618 (RA)**

Dear Judge Abrams:

    As you will recall you recently sentenced Mr. Tabar to time served and a term of supervised release. During the pendency of this case his maternal grandmother, with whom he was very close passed, and he was unable to see her before she passed or attend her services. His maternal grandfather is 96 and in very poor health. Mr. Tabar seeks permission to travel to the Dominican Republic for a period of about two weeks to visit with his family, particularly his maternal grandfather.

    If the court grants him permission to travel he will make his plans and provide his supervised release officer with all of the information pertaining to flights, residence in the Dominican republic and other details.

    Thank you for your consideration.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: All counsel (BY ECF)